# United States District Court

Western _____ DISTRICT OF __Louisiana__

Munday/Elkins Automotive
Partners Ltd. d/b/a
Elkin's Nissan

## SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER: 504CV1786

Eric Brandon Smith and
Ernest A. Landman

TO: (Name and Address of Defendant)
Eric Brandon Smith
3801 Maryland Avenue
Shreveport, LA 71106-1019

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

David Szwak
401 Market Street, Suite 240
Shreveport, LA 71101

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

ROBERT H. SHEMWELL, CLERK

CLERK

*[signature] Maurice N. Thigpen*

BY DEPUTY CLERK

DATE   SEP -3 2004

AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

Western _____ DISTRICT OF __ Louisiana __

Munday/Elkins Automotive
Partners Ltd. d/b/a
Elkins Nissan

## SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER: 504CV1786

Eric Brandon Smith and
Ernest A. Landman

TO: (Name and Address of Defendant)

Ernest A. Landman
105 Malibu Drive
Shreveport, LA 71115

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

David Szwak
401 Market Street, Ste. #240
Shreveport, LA 71101

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

ROBERT H. SHEMWELL, CLERK

CLERK

BY DEPUTY CLERK

DATE  SEP -3 2004